PEARSON, J.

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| FREDERICK BANKS, | ) |
|     Plaintiff, | ) CASE NO. 4:17CV1511 |
| v. | ) JUDGE BENITA Y. PEARSON |
| SOO SONG, *et al.*, | ) |
|     Defendants. | ) **MEMORANDUM OF OPINION AND ORDER** [Resolving ECF No. 6] |

**I.**

On August 9, 2017, the Court entered an order summarily dismissing this prisoner civil rights action pursuant to the three-strikes rule set out in 28 U.S.C. § 1915(g). ECF No. 5. Pending is *Pro Se* Plaintiff Frederick Bank's Motion for Reconsideration and Motion to Vacate Order of Dismissal (ECF No. 6) under Federal Rules of Civil Procedure 59(e) and 60.

**II.**

When a *pro se* litigant files a motion for reconsideration, the district court will construe the motion as either a motion to alter, amend or vacate a judgment pursuant to Fed. R. Civ. P. 59(e), or a motion for relief from judgment pursuant to Fed. R. Civ. P. 60(b), depending on when the motion was filed. *See, e.g., Johnston v. Robert Bosch Tool Corp.*, 2008 WL 11358070, at *1 (W.D. Ky. Nov. 10, 2008).

Because Plaintiff filed this motion within twenty-eight (28) days of the Court's entry of judgment, it is construed as a motion to alter or amend judgment under Rule 59(e). Such

(4:17CV1511)

motions are entrusted to the discretion of the district court, *Huff v. Metro. Life Ins. Co.*, 675 F.2d 119, 122 (6th Cir. 1982), and may only be granted when there has been: (1) a clear error of law; (2) an intervening change in controlling law; (3) newly discovered evidence; or (4) a showing of manifest injustice. *Jones v. Gobbs*, 21 Fed.Appx. 322, 323 (6th Cir. 2001) (citing *GenCorp, Inc. v. American Int'l Underwriters*, 178 F.3d 804, 834 (6th Cir. 1999)).

Having reviewed Plaintiff's motion (ECF No. 6), the Court finds that Plaintiff has not demonstrated any circumstance warranting relief from the Court's judgment. Nothing in the motion alters the Court's conclusion that this action was properly dismissed pursuant to 28 U.S.C. § 1915(g).

### III.

Accordingly, Plaintiff's Motion for Reconsideration and Motion to Vacate Order of Dismissal (ECF No. 6) is denied. The Court certifies, pursuant to 28 U.S.C. §1915(a)(3), that an appeal from this decision could not be taken in good faith.

IT IS SO ORDERED.

| | |
|---|---|
| February 21, 2018 | /s/ Benita Y. Pearson |
| Date | Benita Y. Pearson |
| | United States District Judge |